

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00136-CV

_____

2003 CHEVROLET 1500 PU, VIN #1GCEC19T63Z252738, ET AL., Appellants

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV41739

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Jeremy Banks, appellant, filed his notice of appeal October 22, 2013. The clerk's record in this matter was due to be filed with this Court on or before December 2, 2013. The clerk's record has not been filed, and there is no indication that Banks has made any effort to obtain a record. On January 8, our clerk's office wrote to Banks warning him that as he is not indigent, he is responsible for payment of the fees related to preparation of the clerk's record. *See* TEX. R. APP. P. 20.1, 35.3(a)(2), (b)(3), 37.3(b). We also reminded Banks that the $195.00 filing fee has not been paid for his appeal.

By letter dated January 8, 2014, and pursuant to Texas Rules of Appellate Procedure 37.3(b) and 42.3(b), we provided Banks notice of and an opportunity to cure these defects and warned him that if we did not receive an adequate response to our defect letter within ten days, then this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

An additional twenty-five days have now elapsed without response or action by Banks. Pursuant to Texas Rules of Appellate Procedure 37.3(b) and 42.3(b), we dismiss this appeal for want of prosecution. *See id.*

Jack Carter
Justice

Date Submitted: February 6, 2014
Date Decided: February 7, 2014

2